[No. 9145–0–I. Division One. August 17, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL
M. OLSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 80–8–01289–6, Maurice M. Epstein, J. Pro
Tem., entered July 22, 1980. *Affirmed* by unpublished
opinion per Swanson, J., concurred in by Callow and
Corbett, JJ.

[No. 8920–0–I. Division One. August 17, 1981.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
MONROE THORNE, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 80–1–00382–4, Shannon Wetherall, J., entered
May 23, 1980. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Callow and Corbett, JJ.

[No. 9951–5–I. Division One. August 17, 1981.]

SAN JUAN PROPERTIES, INC., ET AL, *Appellants*, v.
SAN JUAN COUNTY, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for
Whatcom County, No. 80–2–01081–2, Marshall Forrest, J.,
entered January 30, 1981. *Affirmed* by unpublished opinion
per Swanson, J., concurred in by Williams and Durham, JJ.